

ORIGINAL

FILED

11/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0209

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### AF 06-0209

IN RE THE APPOINTMENT TO THE JUDICIAL
EDUCATION COMMITTEE OF THE SUPREME            O R D E R
COURT OF THE STATE OF MONTANA

The term of the Honorable Luke Berger as a member of the Judicial Education Committee will expire December 31, 2023. At their October 11, 2023 meeting, the Montana Judges Association recommended that Judge Berger be reappointed for another term, and Judge Berger expressed his willingness to serve.

IT IS HEREBY ORDERED that the Honorable Luke Berger is reappointed as a member of the Judicial Education Committee for a three-year term which shall expire on December 31, 2026.

The Clerk is directed to provide copies of this Order to the Honorable Luke Berger, all members of the Judicial Education Committee, Court Administrator Beth McLaughlin, and Judicial Educator Shauna Ryan.

DATED this 14 day of November, 2023.

FILED

NOV 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____
Chief Justice

_____

_____
Justices